# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form*

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** 2:07-CV-694-MEF |
| **DEFENDANT** ONE PARCEL OF PROPERTY LOCATED AT 867 COUNTY ROAD 227, CLANTON, CHILTON COUNTY, ALABAMA, ETC. | **TYPE OF PROCESS** NOTICE & COMPLAINT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ROYCE A. WILLIAMS

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
867 COUNTY ROAD 227 - CLANTON, ALABAMA 35045

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)*

CATS # 07-DEA-487798

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (334) 223-7280
DATE: 7/31/07

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)*

| Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk: K. Chavers | Date: 8/24/07 |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

RETURNED AND FILED
SEP 26 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALA

Date of Service: 9/19/07
Time: 04:30 pm
Signature of U.S. Marshal or Deputy: Michael H Bates

| Service Fee $45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges $45.00 | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|

**REMARKS:**

Signed by: Mara Lynn Williams

Accepted on behalf of Royce Williams by Mara Williams (wife)

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:07-CV-694-MEF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ONE PARCEL OF PROPERTY LOCATED AT 867 COUNTY ROAD 227, CLANTON, CHILTON COUNTY, ALABAMA, ETC. | NOTICE & COMPLAINT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MARA LYNN WILLIAMS

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
867 COUNTY ROAD 227 - CLANTON, ALABAMA 35045

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| Number of process to be served with this Form - 285 | 2 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS # 07-DEA-487798

Signature of Attorney or other Originator requesting service on behalf of :
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (334) 223-7280
DATE: 7/31/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk K. Chavers | Date 8/24/07 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

RETURNED AND FILED
SEP 26 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA

Date of Service: 9/19/07
Time: 04:30 pm
Signature of U.S. Marshal or Deputy: Michael L. Bates

| Service Fee $45.00 | Total Mileage Charges (including endeavors) N/C | Forwarding Fee | Total Charges $45.00 | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |

REMARKS:
Signed by: Mara Lynn Williams