IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDlE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| Vs. | ) CASE NO.: 07-CV-694-MEF |
| | ) |
| ONE PARCEL OF PROPERTY | ) |
| LOCATED AT 867 COUNTY ROAD | ) |
| 227, CLANTON, CHILTON | ) |
| COUNTY, ALABAMA, WITH ALL | ) |
| APPURTENANCES AND | ) |
| IMPROVEMENTS THEREON, | ) |
| | ) |
| DEFENDANT. | ) |

## ANSWER TO COMPLAINT FOR FORFEITURE IN REM

Comes now, the Defendants Royce Williams and wife, Mara Williams, by and through their attorney, David B. Karn and submits this their answer to the to the Complaint for Forfeiture in Rem, as follows

1. The Defendants admit that the government is attempting to forfeit and condemn their property.

2. The Defendants admit that the legal description of their property is correct; they deny that Royce Williams is the sole owner of said property. The owners of the property are Royce and Mara Williams.

3. The Defendants are without sufficient knowledge to ascertain whether the United States will act in accordance with law; therefore, the allegations contained in paragraph three are denied, and strict proof thereof is demanded.

4. The Defendants deny the allegations contained in paragraphs four, five and six, except that the property is located in the Middle District of Alabama, and therefore, strict proof is demanded therefore.

5. The Defendant denies each and every other allegation contained in the complaint and demands strict proof thereof.

Respectfully submitted this the 2nd day of October, 2007.

_____/s/David B. Karn_____
David B. Karn (KAR 001)
Attorney for the Defendant
401 Lay Dam Road
P. O. Box 108
Clanton, Alabama 35046
(205) 280-0940
Fax (205) 280-0530

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon Hon. John T. Harmon by electronic filing this the 2nd day of October, 2007.

_____/s/David B. Karn_____
David B. Karn