```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv694-MEF |
| | ) | |
| ONE PARCEL OF PROPERTY | ) | |
| LOCATED AT 867 COUNTY ROAD | ) | |
| 227, CLANTON, CHILTON | ) | |
| COUNTY, ALABAMA, WITH ALL | ) | |
| APPURTENANCES AND | ) | |
| IMPROVEMENTS THEREON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

<u>MOTION TO STRIKE ANSWER OF ROYCE WILLIAMS AND MARA WILLIAMS</u>

The United States of America (United States) hereby moves to strike the Answer filed on behalf of Royce Williams and Mara Williams on the grounds that prior to filing an Answer, a claimant in a forfeiture case is required to file a verified claim. Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

This Motion is supported by a Memorandum of Law filed herewith on this 5th day of November, 2007.

           FOR THE UNITED STATES ATTORNEY
              LEURA G. CANARY


         <u>/s/John T. Harmon</u>
         John T. Harmon
         Assistant United States Attorney
         Office of the United States Attorney
         131 Clayton Street
         Montgomery, Alabama 36104
         Telephone:(334) 223-7280
         Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2007, I electronically filed the foregoing Motion to Strike with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **David B. Karn**.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney