IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 2:07cv694-MEF |
| ) | |
| ONE PARCEL OF PROPERTY ) | |
| LOCATED AT 867 COUNTY ROAD ) | |
| 227, CLANTON, CHILTON ) | |
| COUNTY, ALABAMA, WITH ALL ) | |
| APPURTENANCES AND ) | |
| IMPROVEMENTS THEREON, ) | |
| ) | |
| DEFENDANT. ) | |

## MOTION FOR EXTENSION OF TIME

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and states as follows:

1. This Court's order of October 16, 2007, required the parties to file a Rule 26(f) report containing the discovery plan as soon as practicable but not later than November 6, 2007.

2. The Court's jurisdiction to hear Mr. Beachem's assertion of rights is in question. Until this jurisdictional issue is resolved, there is no party with whom the United States can agree on a proposed discovery plan.

Respectfully submitted this 6th day of November, 2007.

```
                         FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY



                         /s/John T. Harmon
                         John T. Harmon
                         Assistant United States Attorney
                         Bar Number: 7068-II58J
                         Office of the United States Attorney
                         Middle District of Alabama
                         131 Clayton Street
                         Post Office Box 197
                         Montgomery, Alabama 36101-0197
                         Telephone:(334) 223-7280
                         Facsimile:(334) 223-7560
                         E-mail: John.Harmon@usdoj.gov
```

CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **David Karn.**

```
                         /s/John T. Harmon
                         John T. Harmon
                         Assistant United States Attorney
```