IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-694-MEF |
| | ) |
| ONE PARCEL OF PROPERTY LOCATED | ) |
| AT 867 COUNTY ROAD 227, CLANTON, | ) |
| CHILTON COUNTY, ALABAMA, and | ) |
| All Appurtenances and Improvements | ) |
| Thereon, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the government's Motion to Strike Answer (Doc. #7) filed on November 5, 2007, it is hereby

ORDERED that the claimant show cause in writing on or before November 13, 2007 as to why the motion should not be granted.

DONE this the 6th day of November, 2007.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE