IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-694-MEF |
| | ) |
| ONE PARCEL OF PROPERTY LOCATED | ) |
| AT 867 COUNTY ROAD 227, CLANTON, | ) |
| CHILTON COUNTY, ALABAMA, and | ) |
| All Appurtenances and Improvements | ) |
| Thereon, | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

Upon consideration of the government's Motion to Extend Deadline (Doc. #9) filed on November 6, 2007, it is hereby

ORDERED that the motion is GRANTED until further order of the court.

DONE this the 7th day of November, 2007.

                                                /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE