IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-694-MEF |
| ) | |
| ONE PARCEL OF PROPERTY LOCATED ) | |
| AT 867 COUNTY ROAD 227, CLANTON, ) | |
| CHILTON COUNTY, ALABAMA, and ) | |
| All Appurtenances and Improvements ) | |
| Thereon, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the government's Motion to Strike Answer (Doc. #7) filed on November 5, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 21st day of November, 2007.

                                    /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE