**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:07-CV-694-MEF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ONE PARCEL OF PROPERTY LOCATED AT 867 COUNTY ROAD 227, CLANTON, CHILTON COUNTY, ALABAMA, ETC. | NOTICE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

MONTGOMERY ADVERTISER

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

POST OFFICE BOX 1000 - MONTGOMERY, ALABAMA 36101-1000

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS # 07-DEA-487798    PUBLISH ONCE WEEKLY FOR THREE CONSECUTIVE WEEKS

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 7/31/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | 2 | 2 | K. Chavers | 8/24/07 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 11/30/07   Time: 11:30 am

Signature of U.S. Marshal or Deputy: Karen A. Chavers

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | | |

REMARKS: 10/18/07 C.M. # 7002 2410 0002 4887 1756
Published 10/18, 10/24, 10/31/2007
11/30/07 Paid invoice

RETURNED AND FILED

NOV 30 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

# ADVERTISING ORDER

| ORDER NUMBER | 07-DEA-487798 |
|---|---|

| DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE | DATE |
|---|---|
| U. S. Department of Justice, U. S. Marshals Service | 10/12/2007 |

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts.

It is to be set solid, without paragraphing, and without and display in the heading unless otherwise expressly authorized in the specifications.

**NAME OF THE PUBLICATION ADVERTISED IN**
Notice of Complaint for Forfeiture Against Real Property

**SUBJECT OF ADVERTISEMENT**
Real Property

**EDITION OF PAPER ADVERTISEMENT APPEARED**

**DATE(s) ADVERTISEMENT APPEARED** October 18, October 24, October 31, 2007

| AUTHORITY TO ADVERTISE | INSTRUMENT OF ASSIGNMENT |
|---|---|
| NUMBER | NUMBER |
| DATE | DATE |
| SIGNATURE OF AUTHORIZING OFFICIAL *[signed] Chief Deputy* | [signed] U. S. Marshal |

## INSTRUCTIONS TO PUBLISHERS

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear, and specific since no allowance will be made for paragraphing or display or leaded or prominent headings, unless specifically ordered, or for additional space required by the use of type other than that specified. Specifications for advertising other than solid and the advertisement copy submitted to the publisher will be attached to the voucher.

The following is a sample of solid line advertisement; set up in accordance with the usual Government requirements.

> DEPARTMENT OF HIGHWAYS & TRAFFIC, D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C. Invitation No. C-5576-H, consisting of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding material available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 8:00 p.m. November 15, 1965.

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher.

Submit the voucher and a copy of the printed advertisement to:

▶ **U.S. Marshals Service**
**One Church St., Suite A-100**
**Montgomery, AL 36104**

**IMPORTANT**
Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.

*[signed] Betty Dennis  11-14-07*
MY COMMISSION EXPIRES 11/06/2010