**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form

⑤

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:07-CV-694-~~X~~ MEF |
| DEFENDANT | TYPE OF PROCESS |
| ONE PARCEL OF PROPERTY LOCATED AT 867 COUNTY ROAD 227, CLANTON, CHILTON COUNTY, ALABAMA, ETC. | NOTICE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

CHILTON COUNTY NEWS

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

1203 HIGHWAY 31, NORTH - CLANTON, ALABAMA 35045

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS # 07-DEA-487798        PUBLISH ONCE WEEKLY FOR THREE CONSECUTIVE WEEKS

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 7/31/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process No.:
District of Origin No. 2
District to Serve No. 2
Signature of Authorized USMS Deputy or Clerk: K. Chavers
Date: 8/24/07

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 11/30/07
Time: 11:35 pm
Signature of U.S. Marshal or Deputy: Karen A. Chavers

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | | |

REMARKS: 10/18/07 cm# 7002 2410 0002 4887 1749
published
11/30/07 Paid invoice

RETURNED AND FILED
NOV 30 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION. UNITED STATES OF AMERICA, PLAINTIFF, v. ONE PARCEL OF PROPERTY LOCATED AT 867 COUNTY ROAD 227, CLANTON, CHILTON COUNTY, ALABAMA, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, DEFENDANT. CIVIL ACTION NO. 2:07cv694-MEF

**NOTICE OF COMPLAINT FOR FORFEITURE AGAINST REAL PROPERTY**

Notice is hereby given that a civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881 has been filed in the United States District Court for the Middle District of Alabama by Leura G. Canary, United States Attorney, on behalf of the United States of America against the defendant property. The complaint alleges that said property may, for the causes stated in the complaint, be condemned as forfeited to the United States.

The defendant property is more particularly described as follows: Commence at the Southwest Corner of the Southwest Fourth of the Southeast Fourth of Section 12, Township 21-North, Range 13-East, Chilton County, Alabama, the point of beginning; thence North 0 degrees 02 minutes 45 seconds West 1315.40 feet to an iron pin; thence North 89 degrees 55 minutes 53 seconds East 1325.27 feet to an iron pin on the west right-of-way of Moody Williams Road; thence along said right-of-way in a curve to the right with a radius of 1736.70 feet to a chord of South 10 degrees 23 minutes 45 seconds West a distance of 204.91 feet; thence along a curve to left with a radius of 939.60 feet a chord of South 5 degrees 57 minutes 17 seconds west a distance of 268.35 feet; thence continue along said right-of-way South 1 degree 10 minutes 30 seconds East 848.72 feet to an iron pin; thence leaving said right-of-way north 90 degrees West 1276.80 feet to the point of beginning; lying in the Southeast fourth, Section 12, Township 21-North, Range 13-East, Chilton County, Alabama, and containing 38.50 acres, more or less.

Parcel # 16-01-12-0-000-014.001

YOU ARE, THEREFORE, HEREBY COMMANDED to provide notice of this action to all persons thought to have an interest in or claim to the defendant property and that you promptly, after execution of this process, file the same in this Court with your return thereon.

All persons claiming an interest in or claim against the defendant property, and who have received direct notice of the forfeiture action, must file a verified claim with the Clerk of this Court asserting that interest, in the manner set forth in 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5), such claim must be filed not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the Complaint or as otherwise specified by Supplemental Rule G(5). In addition, any person having filed such a claim shall also serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within twenty (20) days after filing the claim.

Supplemental Rule G(5) provides in pertinent part: "The claim must: (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; (C) be signed by the claimant under penalty of perjury; and (D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D)."

Claims and answers are to be filed with Debra P. Hackett, Clerk of Court, United States District Court, Frank M. Johnson United States Courthouse Complex, One Church Street, Montgomery, Alabama 36104, with a copy thereof sent to Assistant United States Attorney John T. Harmon, Office of the United States Attorney for the Middle District of Alabama, Post Office Box 197, Montgomery, Alabama 36101-0197. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

All persons and entities who have an interest in the defendant property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § 1602-1619, 28 C.F.R. § 9 and 18 U.S.C. § 985.

In accordance with 18 U.S.C. § 985, this Notice shall be posted on the defendant property and served on the property owner, along with a copy of the Complaint for Forfeiture.

JESSE SEROYER, JR., UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA.        Publish October 25 and November 1 and 8, 2007 43-3tc

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Decky Tuch_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 10-22-07 |
| 1. Article Addressed to:<br><br>Chilton County News<br>1203 Highway 31 North<br>Clanton, AL 35045 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2007 OCT 23  P 4: 55 |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number 7002 2410 0002 4887 1749 | 867 Co Rd 227 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540