**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| **Vs.** | )**CASE NO.: 07-CV-694-MEF** |
| | ) |
| **ONE PARCEL OF PROPERTY** | ) |
| **LOCATED AT 867 COUNTY ROAD** | ) |
| **227, CLANTON, ALABAMA, WITH ALL** | ) |
| **APPURTENANCES AND** | ) |
| **IMPROVEMENTS THEREON,** | ) |
| | ) |
| **DEFENDANT.** | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW, Royce Williams, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

___X___  This party is an individual, or

_____  This party is a governmental entity, or

___X___  There are no entities to be reported, or

_____  The following entities and their relationship to the party are hereby reported.


12/11/07                                        /s/ David B. Karn
Date                                            David B. Karn
                                                **Attorney for Defendant**
                                                P.O. Box 108
                                                Clanton, AL 35046
                                                (205) 280-0940

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this 11th day of December, 2007, mailed a copy of the foregoing document by U.S. Postal Mail, postage prepaid, to Hon. John T. Harmon.

<u>/s/ David B. Karn</u>
David B. Karn