```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv694-MEF |
| | ) | |
| ONE PARCEL OF PROPERTY | ) | |
| LOCATED AT 867 COUNTY ROAD | ) | |
| 227, CLANTON, CHILTON | ) | |
| COUNTY, ALABAMA, WITH ALL | ) | |
| APPURTENANCES AND | ) | |
| IMPROVEMENTS THEREON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

### MOTION TO STRIKE CLAIMS OF ROYCE WILLIAMS AND MARA WILLIAMS

The United States of America (United States) hereby moves to strike the claims filed on behalf of Royce Williams and Mara Williams on the grounds that the claims filed are not signed by either claimant under penalty of perjury. Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. This Motion is supported by a Memorandum of Law filed herewith on this 4th day of January, 2008.

```
                    FOR THE UNITED STATES ATTORNEY
                          LEURA G. CANARY


                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Office of the United States Attorney
                    131 Clayton Street
                    Montgomery, Alabama 36104
                    Telephone:(334) 223-7280
                    Facsimile:(334) 223-7560
```

CERTIFICATE OF SERVICE

    I hereby certify that on January 4, 2008, I electronically filed the foregoing Motion to Strike with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **David B. Karn**.

                                          /s/John T. Harmon
                                          John T. Harmon
                                          Assistant United States Attorney