IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| Vs. | ) | CASE NO.: 07-CV-694-MEF |
| | ) | |
| ONE PARCEL OF PROPERTY | ) | |
| LOCATED AT 867 COUNTY ROAD | ) | |
| 227, CLANTON, CHILTON | ) | |
| COUNTY, ALABAMA, WITH ALL | ) | |
| APPURTENANCES AND | ) | |
| IMPROVEMENTS THEREON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## VERIFIED CLAIM

Comes now the Respondent, Mara Lynn Williams, and swears and affirms the following:

1. My name is Mara Lynn Williams. My address is 867 County Road 227, Clanton, AL 35046.

2. On or about July 27, 2007, my husband was arrested and the above described property was seized. I have never been charged with any offense. My Husband does not sell marijuana; this real property was not acquired from the sale of marijuana.

3. My husband and I acquired this property in 1992. The entire parcel was a gift/inheritance from my husband's father. In 1994, we financed the property with Colonial Bank, which only wanted five acres on the note. Consequently, 33.5 acres of this property is lien-free. At first, my brother-in-law was also on

the deed; he divested himself of his interest in the property in 1999. We are joint tenants of the property. All of the items seized which the government claims were related to marijuana production were kept in an outbuilding situated several hundred feet away from the domicile itself, and not on the five acre tract. I was not charged in this offense and had no knowledge of any sale of marijuana occurring on my property.

4. I ask that the property be released to me as an innocent party.

I swear or affirm that the above facts are true under the penalty of perjury.

Mara Lynn Williams

Sworn before me this the 9th day of November, 2007.

Notary Public
My Commission Expires: 8/15/11

David B. Karn
401 Lay Dam Road
P.O. Box 108
Clanton, AL 35046
205-280-0940

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon Hon. John T. Harmon by electronic filing this the 10th day of November, 2007.

David B. Karn