IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,                )
                                          )
                PLAINTIFF,                )
                                          )
Vs.                                       ) CASE NO.: 07-CV-694-MEF
                                          )
ONE PARCEL OF PROPERTY                    )
LOCATED AT 867 COUNTY ROAD                )
227, CLANTON, CHILTON                     )
COUNTY, ALABAMA, WITH ALL                 )
APPURTENANCES AND                         )
IMPROVEMENTS THEREON,                     )
                                          )
                DEFENDANT.                )

## VERIFIED CLAIM

Comes now the Respondent, Royce Williams, and swears and affirms the following:

1. My name is Royce Williams. My address is 867 County Road 227, Clanton, AL 35046.

2. On or about July 27, 2007, I was arrested and the above described property was seized. I do not sell marijuana; I did not acquire this real property from the sale of marijuana.

3. I acquired this property in 1992. The entire parcel was a gift/inheritance from my father. In 1994, my wife and I financed the property with Colonial Bank, which only wanted five acres on the note. Consequently, 33.5 acres of this property is lien-free. At first, my brother was also a grantee named on the deed; he divested himself of his interest in the property in 1999. We are joint tenants of the property. All of the items seized which the government claims

were related to marijuana production were kept in an outbuilding situated several hundred feet away from the domicile itself, and not on the five acre tract. I deny distribution of marijuana.

I swear or affirm that the above facts are true under the penalty of perjury.

                                                    Royce Williams

Sworn before me this the ___9th___ day of November, 2007.

                                    Notary Public
                                    My Commission Expires: 8/15/11

David B. Karn
401 Lay Dam Road
P.O. Box 108
Clanton, AL 35046
205-280-0940

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Hon. John T. Harmon by electronic filing this the ___9th___ day of November, 2007.

                                                David B. Karn