IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-694-MEF |
| | ) | |
| ONE PARCEL OF PROPERTY LOCATED | ) | |
| AT 867 COUNTY ROAD 227, CLANTON, | ) | |
| CHILTON COUNTY, ALABAMA, and | ) | |
| All Appurtenances and Improvements | ) | |
| Thereon, | ) | |
| | ) | |
| Defendant. | ) | |

# O R D E R

Upon consideration of the government's Motion to Strike Claims (Doc. #21) filed on January 4, 2008, it is hereby ORDERED:

1.  That the claimant file a response which shall include a brief and any evidentiary materials on or before January 18, 2008.

2.  The government may file a reply brief on or before January 25, 2008.

DONE this the 7th day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE