IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| Vs. | ) CASE NO.: 07-CV-694-MEF |
| | ) |
| ONE PARCEL OF PROPERTY | ) |
| LOCATED AT 867 COUNTY ROAD | ) |
| 227, CLANTON, CHILTON | ) |
| COUNTY, ALABAMA, WITH ALL | ) |
| APPURTENANCES AND | ) |
| IMPROVEMENTS THEREON, | ) |
| | ) |
| DEFENDANT. | ) |

**RESPONSE TO GOVERNMENT'S MOTION TO STRIKE**

Comes now claimants, Royce and Mara Williams, by and through counsel, and submit this their Response to the Motion to Strike as filed by the Plaintiff on January 4, 2008, and states as follows:

1. On November 9, 2007, the claimants executed their respective verified claims, which were electronically filed on November 10, 2007. Their attorney also attempted to paper-file same on the same date. On November 14, 2007, the clerk's office accepted the claim, then sent them back to counsel.

2. The claims were not in perfected form, and the government moved this court to strike them. The deficiency was cured by having the claim scanned and e-filed. This was done on January 7, 2008.

3. The equipment used to have this scanned and filed was faulty, and is only now repaired so that future documents which must be scanned can be.

4. It would be a harsh and unfair result against the claimants to punish them for a technical glitch which did not prevent the claim from being filed. The verified claims were timely filed; they were not technically correct. The claimants stand behind their claims that this property should not be forfeited because the government cannot prove it is the fruits of illegal activity.

WHEREFORE, given the above, the claimants ask that their claim be allowed and that they be allowed to defend this action.

Respectfully Submitted, this the 16th day of January, 2008.

/s/ David B. Karn
David B. Karn
401 Lay Dam Road
P.O. Box 108
Clanton, AL 35046
205-280-0940

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Hon. John T. Harmon by electronic filing this the 16th day of January, 2008.

/s/ David B. Karn
David B. Karn