```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
        PLAINTIFF,              )
                               )
     v.                         )   CIVIL ACTION NO. 2:07cv694-MEF
                               )
ONE PARCEL OF PROPERTY          )
LOCATED AT 867 COUNTY ROAD      )
227, CLANTON, CHILTON           )
COUNTY, ALABAMA, WITH ALL       )
APPURTENANCES AND               )
IMPROVEMENTS THEREON,           )
                               )
        DEFENDANT.              )

            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
        PLAINTIFF,              )
                               )
     v.                         )   CIVIL ACTION NO. 2:07-CV-1104-MHT
                               )
EIGHTEEN THOUSAND FOUR          )
HUNDRED ($18,400) DOLLARS       )
IN UNITED STATES CURRENCY,      )
                               )
        DEFENDANT.              )
```

## MOTION TO CONSOLIDATE

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby states as follows:

1.  The above styled cases stem from the same set of operative facts. The issues of law are also very similar in each

case.  Judicial economy and the costs of two trials to the litigants support consolidation.

    2.   On the grounds cited, the United States moves the Court to consolidate these cases.

    Respectfully submitted this 29th day of January, 2008.

                        FOR THE UNITED STATES ATTORNEY
                            LEURA G. CANARY

                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Office of the United States Attorney
                    131 Clayton Street
                    Montgomery, Alabama 36104
                    Telephone:(334) 223-7280
                    Facsimile:(334) 223-7560

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on January 29, 2008, I electronically filed the foregoing Motion to Strike with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **David B. Karn.**

                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney