IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-694-MEF |
| | ) | |
| ONE PARCEL OF PROPERTY LOCATED | ) | |
| AT 867 COUNTY ROAD 227, CLANTON, | ) | |
| CHILTON COUNTY, ALABAMA, and | ) | |
| All Appurtenances and Improvements | ) | |
| Thereon, | ) | |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-1104-MEF |
| | ) | |
| EIGHTEEN THOUSAND FOUR | ) | |
| HUNDRED DOLLARS IN UNITED | ) | |
| CURRENCY ($18,400), | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of government's Motions to Consolidate filed in both cases on January 29, 2008, it is hereby

ORDERED that the motion is GRANTED. The above-referenced cases are consolidated for further proceedings, Case No. 2:07-cv-694-MEF shall be the lead case, and the Clerk of Court is directed to docket this order in the above-referenced cases.

DONE this the 29th day of January, 2008.

                                                /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE