IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-694-MEF |
| | ) | |
| ONE PARCEL OF PROPERTY LOCATED AT 867 COUNTY ROAD 227, CLANTON, CHILTON COUNTY, ALABAMA, and All Appurtenances and Improvements Thereon, | ) ) ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-1104-MEF |
| | ) | |
| EIGHTEEN THOUSAND FOUR HUNDRED DOLLARS IN UNITED CURRENCY ($18,400), | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of claimant's Response to Government's Motion to Strike (Doc. #26) filed on January 16, 2008, it is hereby

ORDERED that the government file a reply to the claimant's response on or before February 11, 2008.

DONE this 31st day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE