IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO.: 2:07-cv-694-MEF |
| | ) |
| ONE PARCEL OF PROPERTY LOCATED | ) |
| AT 867 COUNTY ROAD 227, CLANTON | ) |
| CHILTON COUNTY, ALABAMA, and | ) |
| All Appurtenances and Improvements | ) |
| Thereon, | ) |
| | ) |
| DEFENDANT. | ) |

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| v. | ) CASE NO.: 2:07-cv-1104-MEF |
| | ) |
| EIGHTEEN THOUSAND FOUR | ) |
| HUNDRED DOLLARS IN UNITED | ) |
| CURRENCY ($18,400), | ) |
| | ) |
| DEFENDANT. | ) |

**VERIFIED CLAIM AND MOTION FOR RETURN OF PROPERTY**

Comes now the Respondent, Royce Williams, and swears and affirms the following:

1. My name is Royce Williams. My address is 867 County Road 227, Clanton, AL 35046.

2. On or about July 27, 2007, I was arrested and my property was seized, the cash taken was the product of years of work which was not related to growing marijuana. I do not sell marijuana; none of this money

came from the sale of marijuana. Over the past several years, I have hidden one hundred dollar bills in my safe, mainly to save up in case of emergency. This money came from taking $100.00 from my pay check, or at times by cashing a check (see attachment #1) I also borrowed money from my credit cards, and some of the cash came from this source. (Attachment 2 and 3)

3. I earn a good wage. (Attachment 4 and 5)

4. I do not need to sell marijuana to earn an income. (Attachment 6)

5. The government took many items from my home, including a 1996 Ford Ranger which I bought from Richard Adkins. This vehicle is not on the property inventory, yet was seized by the government. I would like to have it returned. (Attachment 7) They also seized the following items which are not on the return:

    a.) Mr. Clean Car Wash system for black or dark paint

    b.) Roundup, Ant poison, Rose spray

    c.) Photos from trip to Sturgi's taken around 1971

    d.) Photos from trip to Gulfport

    e.) Embroidered patch cut from back of denim jacket "Filthy McNasty Forever"

    f.) Round lid to insulated water container

    g.) Jack handle.

I would like to have these returned along with my money.

6. The government also seized a number of other items of personal property which I now claim. As owner of these items, I request the return of same. The items are contained in the attached list. (See attachment 7)

I swear or affirm that the above facts are true under the penalty of perjury.

*Royce Williams*
Royce Williams

Sworn before me this the 5th day of February, 2008.

*Kelli Huffstutler*
Notary Public
My Commission Expires: 8/15/11

Respectfully Submitted, this the ___ day of February, 2008.

_____
David B. Karn
401 Lay Dam Road
P.O. Box 108
Clanton, AL 35046
205-280-0940

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Hon. John T. Harmon by electronic filing this the ___ day of February, 2008.

_____
David B. Karn

September 10, 2007

Account Number: 3127547
Capture Date: January 19, 2007
Item Number: 170007937945
Posted Date: January 19, 2007
Posted Item Number: 2250
Amount: $6,000.00
Record Type: Debit

ROYCE A WILLIAMS
MARA LYNN WILLIAMS
867 CO RD 227
CLANTON AL  35045

*last money
($100 bills)
Royce put in box*

**ROYCE A. OR MARA LYNN WILLIAMS**
PH. 205-755-7653
867 COUNTY ROAD 227
CLANTON, AL 35045

883
61-195/622

DATE 1/19/07

PAY TO THE ORDER OF  Cash                    $ 6000.00

Six Thousand ———————————————— DOLLARS

**PSB**
PEOPLES SOUTHERN BANK
Clanton, AL 35045

FOR _____    [signature: Royce]

⑆062201957⑆ 03 127 547⑈ 0883

Misc Cash Out              6000.00

CASH OUT Drawer#  5        1/19/07
Trans#           72        11:32:50



July 11, 2005

Royce Williams
867 County Road 227
Clanton, AL 35045-6668

Dear Royce Williams:

RE: 7812602571128616

Congratulations! Your recent loan application has been approved at an annual percentage rate of 6.99%. Please take a moment to read the important disclosure information regarding your loan on the back of this letter.

Your check is attached below and is valid for only thirty-five (35) days. Regardless of when you cash your check within this time period, your first payment is due on 08/10/05. By cashing the check, you are agreeing to the terms and conditions of this loan. If you do not cash the check within thirty-five days, it will be canceled and your loan approval will be withdrawn.

If you have established automated payment service, we'll automatically debit your designated checking account on your First Payment Due date, and you will receive an initial confirmation letter soon. If you have not signed up for our convenient automated payment service, and you would like more information about having your payment automatically deducted each month, please contact our Customer Relations department at 1-800-955-2115.

Thank you for choosing Capital One to serve your financial needs.

Sincerely,

*Chris W. Johnson*

Chris W. Johnson, Director of Installment Lending

**Your Capital One® Loan Summary**

Loan Amount:
$25,000.00

M̶ ̶ ̶P̶a̶y̶m̶e̶n̶t̶:̶

*borrowed from Capitol One right after accident*

Ann̶

First Payment Due:
08/10/05

Future Payment Due:
10TH of each month

BTIL_1 / PG-240 / QA-240

---

812602571128616  8811001026451

**CapitalOne**
P.O. Box 85594
Richmond, VA 23285-5594

First Union National Bank
Richmond, VA.

68-7270
2560

01571888

Void after 35 days

July 11, 2005

# VOID

*******************1998DOLLARS AND .56 CENTS

19,983.56

Royce Williams
867 County Road 227
Clanton, AL 35045-6668

Installment Loan Proceeds

/01571888/     :256072701:2079920012220/



# PSB PEOPLES SOUTHERN BANK

620 Second Avenue North • P.O. Box 269
Clanton, AL 35046
Phone 205-755-2240

| ACCOUNT NUMBER | ITEMS ENCLOSED | FROM | TO |
|---|---|---|---|
| 3127547 | 5 | 07-07-05 | 08-03-05 |
|  |  | STATEMENT PERIOD | |

ROYCE WILLIAMS
MARA LYNN WILLIAMS
867 CO RD 227
CLANTON AL 35045

REGULAR

| BALANCE LAST STATEMENT | WE HAVE ADDED | | WE HAVE SUBTRACTED | | | RESULTING IN A BALANCE OF |
|---|---|---|---|---|---|---|
| | NUMBER | DEPOSITS/CREDITS | NUMBER | CHECKS/DEBITS | SERV. CHG. | |
| 3,594.73 | 2 | 20,683.56 | 4 | 3,283.76 | 5.00 | 20,989.53 |

### Deposits and Descriptive Items

| Date | Amount | Description |
|---|---|---|
| 7/18 | 500.00CR | REGULAR DEPOSIT |
| 18 | 20,183.56CR | REGULAR DEPOSIT |
| 15 | 2,677.85 | CHECK PYMT MBNA/IBS |
| | | 2200000001       07/15/05 |
| | | CHECK#-675 |
| | | TRACE #-031100161220078 |
| 8/03 | 5.00 | SERVICE CHARGE |

*Money from Capitol One - deposited in Peoples account*

### Check Transactions

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| 7/07 | 673 | 47.75 | 7/22 | 677 | 153.59 |
| 7/13 * | 676 | 404.57 | | | |

### Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 7/06 | 3594.73 | 7/15 | 464.56 | 8/03 | 20989.53 |
| 7/07 | 3546.98 | 7/18 | 21148.12 | | |
| 7/13 | 3142.41 | 7/22 | 20994.53 | | |

12.0078

(3)

Statement of Earnings and Deductions -- Please retain for your records

| Company: | RUSSO CORPORATION | Employee Code: | 1270 | Fed. Filing Status: | Married |
| --- | --- | --- | --- | --- | --- |
| Employee: | ROYCE A WILLIAMS | | | Fed. Exemptions: | 1 |

| Check Summary | This Check | Year To Date |
| --- | --- | --- |
| Total Gross Pay | 1,046.50 | 38,844.33 |
| Add-Ons | 306.00 | 9,639.00 |
| Less: Taxes | 235.66 | 8,825.12 |
| Less: Deductions | 15.40 | 572.94 |
| Net Pay | 1,101.44 | 39,085.27 |

| Check Information | |
| --- | --- |
| Check No.: | E09386 |
| Check Date: | 09/20/07 |
| Period End Date: | 09/15/07 |

| Regular Earnings | This Check | | |
| --- | --- | --- | --- |
| | Hours | Rate | Amount |
| Overtime | 4.00 | 34.13 | 136.50 |
| Regular | 40.00 | 22.75 | 910.00 |

| Add-Ons | This Check | Year To Date |
| --- | --- | --- |
| PER DIEM-JOBS | 306.00 | 9,639.00 |

| Other Earnings | Amount | Amount |
| --- | --- | --- |

*Royce's most recent check stub*

| Deductions | This Check |
| --- | --- |
| UNION DUES | |
| WEEKLY FLAT FEE | |

| Taxes | This Check | Year To Date |
| --- | --- | --- |
| Federal W/H | 109.33 | 4,171.39 |
| Social Security | 64.88 | 2,408.35 |
| Medicare | 15.17 | 563.24 |
| Res. SIT | 46.28 | 1,436.69 |
| Work SIT | | 245.45 |

09/20/07

(4)

E09386

**Void -- Void -- Void -- Void -- Void -- Void -- Void -- Void -- Void -- Void -- Void -- Void **

Pay  **ONE THOUSAND ONE HUNDRED ONE AND 44 / 100 Dollars

:*VOID**VOID*:

Auto Deposit Notice:  This report is for information only.  This amount has been deposited in your account automatically.

**1,101.44

:*VOID**VOID*:

To the order of   ROYCE A WILLIAMS
867 COUNTY ROAD 227
CLANTON AL 35045

**File Copy -- Void**

**RUSSO CORPORATION**
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

| | | |
|---|---|---|
| EMPLOYEE NUMBER | 67013 | |
| REGULAR RATE | | 20.950 |
| OVERTIME RATE | | 31.430 |
| PREMIUM RATE | | 41.900 |
| HOME DEPARTMENT | 13 | |

| | |
|---|---|
| PAY PERIOD | 06/11/2005 |
| CHECK DATE | 06/16/2005 |
| CHECK NUMBER | 44024 |
| CHECK AMOUNT | *****1,064.30 |

### EARNINGS AND BENEFITS

| | HOURS | AMOUNT |
|---|---|---|
| Regular | 40.00 | 838.00 |
| Overtime | 18.50 | 581.46 |

### DEDUCTIONS AND BENEFITS

| | AMOUNT | YTD |
|---|---|---|
| LOCAL 312 DUES | 17.55 | 264.15 |

| | | |
|---|---|---|
| TOTAL FED EARNINGS | 1,419.46 | |
| TOTAL FED YEAR-TO-DATE | 20,311.47 | |

| | AMOUNT |
|---|---|
| TOTAL DEDUCTIONS | 17.55 |
| TOTAL BENEFITS | 0.00 |

### TAXES

| TYPE | AMOUNT | YEAR-TO-DATE |
|---|---|---|
| FEDERAL | 175.06 | 1,999.70 |
| SOC SEC | 88.01 | 1,259.31 |
| MEDICARE | 20.59 | 294.52 |
| Ala. Married | 53.95 | 722.76 |

RUSSO COI

*Sample paycheck Prior to Sept/Oct 2006 Royce would cash check and put $100 bills in the box.*
*(Some checks were cashed out of town)*



# Your Earnings Record

| Years You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings | Years You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings |
|---|---|---|---|---|---|
| 1971 | $ 1,470 | $ 1,470 | 1990 | $ 35,386 | $ 35,386 |
| 1972 | 1,345 | 1,345 | 1991 | 11,707 | 11,707 |
| 1973 | 1,177 | 1,177 | 1992 | 22,907 | 22,907 |
| 1974 | 3,817 | 3,817 | 1993 | 26,646 | 26,646 |
| 1975 | 0 | 0 | 1994 | 9,409 | 9,409 |
| 1976 | 1,046 | 1,046 | 1995 | 40,392 | 40,392 |
| 1977 | 8,437 | 8,437 | 1996 | 30,283 | 30,283 |
| 1978 | 17,700 | 17,700 | 1997 | 38,020 | 38,020 |
| 1979 | 12,628 | 12,628 | 1998 | 34,715 | 34,715 |
|  |  |  | 1999 | 33,449 | 33,449 |
| 1980 | 9,633 | 9,633 |  |  |  |
| 1981 | 3,286 | 3,286 | 2000 | 26,979 | 26,979 |
| 1982 | 20,485 | 20,485 | 2001 | 40,331 | 40,331 |
| 1983 | 12,266 | 12,266 | 2002 | 24,285 | 24,285 |
| 1984 | 27,866 | 27,866 | 2003 | 40,377 | 40,377 |
| 1985 | 8,214 | 8,214 | 2004 | 40,839 | 40,839 |
| 1986 | 17,753 | 17,753 | 2005 | 28,876 | 28,876 |
| 1987 | 15,189 | 15,189 | 2006 | 53,300 | 53,300 |
| 1988 | 37,111 | 37,111 |  |  |  |
| 1989 | 30,102 | 30,102 |  |  |  |

*[Handwritten note:] Evidence of income — Social Security Royces*

**Total Social Security and Medicare taxes paid over your working career through the last year reported on the chart above:**

Estimated taxes paid for Social Security:
  You paid:                  $46,069
  Your employers paid:   $46,152

Estimated taxes paid for Medicare:
  You paid:                  $10,738
  Your employers paid:   $10,754

**Note:** You currently pay 6.2 percent of your salary, up to $97,500, in Social Security taxes and 1.45 percent in Medicare taxes on your entire salary. Your employer also pays 6.2 percent in Social Security taxes and 1.45 percent in Medicare taxes for you. If you are self-employed, you pay the combined employee and employer amount of 12.4 percent in Social Security taxes and 2.9 percent in Medicare taxes on your net earnings.

# Help Us Keep Your Earnings Record Accurate

You, your employer and Social Security share responsibility for the accuracy of your earnings record. Since you began working, we recorded your reported earnings under your name and Social Security number. We have updated your record each time your employer (or you, if you're self-employed) reported your earnings.

Remember, it's your earnings, not the amount of taxes you paid or the number of credits you've earned, that determine your benefit amount. When we figure that amount, we base it on your average earnings over your lifetime. If our records are wrong, you may not receive all the benefits to which you're entitled.

**Review this chart carefully** using your own records to make sure our information is correct and that we've recorded each year you worked. You're the only person who can look at the earnings chart and know whether it is complete and correct.

Some or all of your earnings from **last year** may not be shown on your *Statement*. It could be that we still were processing last year's earnings reports when your *Statement* was prepared. Your complete earnings for last year will be shown on next year's *Statement*. **Note:** If you worked for more than one employer during any year, or if you had both earnings and self-employment income, we combined your earnings for the year.

**There's a limit on the amount of earnings on which you pay Social Security taxes each year.** The limit increases yearly. Earnings above the limit will not appear on your earnings chart as Social Security earnings. (For Medicare taxes, the maximum earnings amount began rising in 1991. Since 1994, **all** of your earnings are taxed for Medicare.)

**Call us right away at 1-800-772-1213** (7 a.m.–7 p.m. your local time) if any earnings for years **before last year** are shown incorrectly. If possible, please have your W-2 or tax return for those years available. (If you live outside the U.S., follow the directions at the bottom of page 4.)



# ITEM SEIZED REPORT

Page _____ of _____

Officer Serving Warrant: MARC MCMINN                Department: CHILTON COUNTY TASK FORCE
Officer Recording: Rocky Mims, Donald Giles         Department: _____
Defendant/Suspect: _____                             Address: 867 CIR 227 CLANTON, AL
Date of Search: 07/27/2007    SS#: _____             DOB: _____
Time of Search: _____    Time Exited: _____          N1
Officers Present: GEORGE FANNING,                    Department(s): CHILTON COUNTY TASK FORCE;
JONATHON BENSON, JEFF MANASCO,                       ABI; DEA; CHILTON COUNTY
DONALD GILES, ROCKY MIMS                             SHERIFFS DEPARTMENT

| ITEM SEIZED | LOCATION OF ITEM SEIZED | TIME | OFFICER |
|---|---|---|---|
| 1- gal Rubbermaid container containing green/brown sub. | Office off of garage | 1650 | R. Mims |
| 1- green plastic container - lg bl/greenish/brown leaf sub | Office off of garage | 1654 | M. McMinn |
| 1- set scales | " " " " | 1654 | R. Mims |
| 1- paper containing info | " " " " | 1655 | R. Mims |
| 1- Compaq Computer | " " " " | 1657 | R. Mims |
| 1- Lg plastic container cnt. greenish/brown plant like mat | Inside garage away from house | 1658 | J. Benson |
| Residue in Freezer | " " " " " | 1659 | J. Benson |
| 1- Harley Davidson ser#2AY1030H2 (Tag# AYK357) | " " " " " | 1705 | J. Benson |
| 1- Harley Davidson ser#6ES6017H9 (Tag# M23136) | " " " " " | 1705 | J. Benson |
| 1- Honda Four Trax 4wheeler 4X4 | " " " " " | 1708 | J. Benson |
| 1- Ford Pickup Tag# 14B 881N VIN#1FTRX17L02NC09575 | " " " " " | 1708 | J. Benson |
| 1- Tiller 80-37 JH-1003-1 | " " " " " | 1710 | J. Benson |
| 16 boxes 7.62X39mm ammo | Office off of garage | 1728 | R. Mims |
| 1- Dell comp. monitor + Keyboard | Office off of garage | 17:30 | R. Mims |
| 1- metal can containing partial mari. cigarettes | " " " " | 1730 | R. Mims |
| 6- CD's | " " " " | 1733 | R. Mims |
| 6- speakers | " " " " | 1733 | R. Mims |
| 1- Box Sandwich bags | " " " " | 1734 | R. Mims |
| 10 Pks Top Rolling Papers | " " " " | 1735 | R. Mims |
| 1- box Hefty Gallon bags | " " " " | 1735 | R. Mims |
| 1- plastic bag fertilizer | " " " " | 1738 | R. Mims |
| 2- High Times magazines | " " " " | 17:40 | R. Mims |
| 1- bottle containing 22 Ammo | " " " " | 1740 | R. Mims |
| 1- box 38 Ammo | " " " " | 1740 | R. Mims |

(7)

B6-3

# ITEM SEIZED REPORT

Page ____ of ____

Officer Serving Warrant **MARC MCMINN**   Department **CHILTON COUNTY TASK FORCE**
Officer Recording **DONALD GILES**   Department **CHILTON COUNTY TASK FORCE**
Defendant/Suspect _____   Address **867 C/R 227 CLANTON, AL**
Date of Search **07/27/2007**   SS# _____   DOB _____
Time of Search _____   Time Exited _____
Officers Present **GEORGE FANNING**   Department(s) **CHILTON COUNTY TASK FORCE**
**JONATHON BENSON, JEFF MANASCO**   **ABI; DEA; CHILTON COUNTY SHERIFF**
**DONALD GILES, ROCKY MIMS, DARRELL ARMER**   **DEPARTMENT**

| ITEM SEIZED | LOCATION OF ITEM SEIZED | TIME | OFFICER |
|---|---|---|---|
| 1- empty Miracle Gro container | Inside garage away from house | 1805 | R. Mims |
| 1- paper document | " " " " " | 1806 | R. Mims |
| 25 Auto Ammo | " " " " " | 1806 | R. Mims |
| 8-boxes w/ 50 plants each | field behind outside garage | 1820 | Darrell Armer |
| 1-box w/ 8 plants | " " " " | 1820 | Darrell Armer |

# ITEM SEIZED REPORT

Page 1 of 2

Officer Serving Warrant: McMinn    Department: C.C.T.F.
Officer Recording: Fanning / Benson    Department: CCTF
Defendant/Suspect: Royce Williams    Address: ___
Date of Search: 7-27-07    SS#: ___    DOB: ___
Time of Search: ___    Time Exited: ___
Officers Present: McMinn Mims Giles Benson Fanning Manasco    Department(s): ___

| # | ITEM SEIZED | LOCATION OF ITEM SEIZED | TIME | OFFICER |
|---|---|---|---|---|
| 1 | Marijuana book | Bedroom 1 closet | 5:26 | G. Fanning |
| 2 | 9mm Smith and Wesson | Bedroom 1 closet | 5:24 | G. Fanning |
| 3 | 4 9mm magazines | Bedroom 1 closet | 6:03 | G. Fanning |
|  | case 7.62x39 ammo | Upstairs Bedroom #1 | 6:10 | J. Manasco |
|  | one glass pipe | Upstairs Bedroom #1 | 6:12 | J. Manasco |
|  | five .38 cal ammo | Upstairs Bedroom #1 | 6:15 | J. Manasco |
|  | Luger magazine | Upstairs Bedroom #1 | 6:16 | J. Manasco |
|  | folding grip | Upstairs Bedroom #1 | 6:20 | J. Manasco |
|  | Barrel shroud | Upstairs Bedroom #1 | 6:23 | J. Manasco |
|  | 9mm 30 round magazine | Upstairs Bedroom #1 | 6:24 | J. Manasco |
|  | 2 magazines | Upstairs Bedroom #1 | 6:26 | J. Manasco |
|  | 1 shotshell carrier | Upstairs Bedroom #1 | 6:28 | J. Manasco |
|  | 1 rear grip | Upstairs Bedroom #1 | 6:29 | J. Manasco |
|  | 1 gun cleaning kit | Upstairs Bedroom #1 | 6:32 | J. Manasco |
|  | 71 rifle rounds 7.62x39 | Upstairs Bedroom #1 | 6:36 | J. Manasco |
|  | one Acer computer | Mara Lynn's computer | 6:50 | R. Mims |
| 6 | Ruger 7.62x39 SN 189-33186 | Master Bedroom #1 Closet | 7:32 | McMinn |
| 7 | Mossburg 500A SN P640342 | Bedroom #1 Closet | 7:32 | McMinn |
| 8 | Marlin Mod 9 9m SN 10882050 | Bedroom #1 Closet | 7:32 | McMinn |
| 9 | Marlin .22 Mod 70 SN 11367053 | Bedroom #1 Closet | 7:32 | McMinn |
| 10 | Ruger Pistol .22 SN 262-7357B | Bedroom #1 Closet | 7:32 | McMinn |
| 11 | Browning 6mm Pistol SN 364691 | Bedroom #1 Closet | 7:32 | McMinn |
| 12 | Raven .25 SN 949042 | Bedroom #1 Closet | 7:32 | McMinn |

# ITEM SEIZED REPORT

Page 2 of 2

Officer Serving Warrant: McMinn  Department: C.C.T.F.
Officer Recording: Fanning / Benson  Department: C.C.T.F.
Defendant/Suspect: Royce Williams  Address: _____
Date of Search: 7-27-07  SS#: _____  DOB: _____
Time of Search: 16:29  Time Exited: _____
Officers Present: McMinn, Mims, Giles, Benson, Fanning, Manasco
Department(s): _____

| # | ITEM SEIZED | LOCATION OF ITEM SEIZED | TIME | OFFICER |
|---|---|---|---|---|
| 23 | SN 160026 Astra .22 Pistol | Bedroom #1 Closet | 7:32 | McMinn |
| 24 | S+W .38 SN 463027 | Bedroom #1 Closet | 7:32 | McMinn |
| 25 | SN AA02992 Iver Johnson .30 cal | Bedroom #1 Closet | 7:32 | McMinn |
| 26 | 12 Magazines | Bedroom #1 Closet | 7:32 | McMinn |
| 27 | Assorted Ammunition | Bedroom #1 Closet | 7:32 | McMinn |
| 28 | Green Safe Assorted Money | Bedroom #1 Closet | 7:32 | McMinn |
| 29 | 1 Garden Hose | Outside Shed | 7:50 | Benson |

Bill of Sale

3-27-00

I Richard Adkins sell

one 1996 Ford Ranger Pick up

As is To Royce A. Williams
For 5000.00
SN- 1FTCR14A2TPA76118

Seller Richard Adkins
Buyer Royce Williams

Not listed on
Report but
taken

7