IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO.: 2:07-cv-694-MEF |
| ) | |
| ONE PARCEL OF PROPERTY LOCATED ) | |
| AT 867 COUNTY ROAD 227, CLANTON ) | |
| CHILTON COUNTY, ALABAMA, and ) | |
| All Appurtenances and Improvements ) | |
| Thereon, ) | |
| ) | |
| DEFENDANT. ) | |

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| v. ) | CASE NO.: 2:07-cv-1104-MEF |
| ) | |
| EIGHTEEN THOUSAND FOUR ) | |
| HUNDRED DOLLARS IN UNITED ) | |
| CURRENCY ($18,400), ) | |
| ) | |
| DEFENDANT. ) | |

## VERIFIED CLAIM

Comes now the Claimant, Mara Lynn Williams, and swears and affirms the following:

1. My name is Mara Lynn Williams. My address is 867 County Road 227, Clanton, AL 35046.

2. On or about July 27, 2007, my husband was arrested and the above described property was seized. I have never been charged with any offense. My

Husband does not sell marijuana; this real property was not acquired from the sale of marijuana.

3. My husband earned this money through lawful means. He has been employed full time for years and put this money aside to hide it from me. I claim my share of this money because I have been married to Royce Williams for many years and have dowry rights to the money. I was not charged in this offense and had no knowledge of any sale of marijuana occurring on my property.

4. I ask that the property be released to me as an innocent party.

I swear or affirm that the above facts are true under the penalty of perjury.

_Mara Lynn Williams_

Sworn before me this the 5th day of February, 2008.

_Notary Public_
My Commission Expires: 8/15/11

_David B. Karn_
401 Lay Dam Road
P.O. Box 108
Clanton, AL 35046
205-280-0940

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Hon. John T. Harmon by electronic filing this the ____ day of February, 2008.

_David B. Karn_