IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-cv-694-MEF |
| ) | |
| ONE PARCEL OF PROPERTY ) | |
| LOCATED AT 867 COUNTY ROAD ) | |
| 227, CLANTON, CHILTON ) | |
| COUNTY, ALABAMA, WITH ALL ) | |
| APPURTENANCES AND ) | |
| IMPROVEMENTS THEREON, ) | |
| ) | |
| DEFENDANT. ) | |

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-cv-1104-MEF |
| ) | |
| EIGHTEEN THOUSAND FOUR ) | |
| HUNDRED ($18,400) DOLLARS ) | |
| IN UNITED STATES CURRENCY, ) | |
| ) | |
| DEFENDANT. ) | |

**REPLY TO CLAIMANT'S RESPONSE TO UNITED STATES' MOTION TO STRIKE**

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Tommie Brown Hardwick, Assistant United States Attorney, and hereby states as follows:

This court's order of January 31, 2008, required the government to file a reply to claimant's response to its motion to strike on or before February 11, 2008.

On November 13, 2007, Royce and Mara Williams filed claims to the Defendant real property, which were not in compliance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.  On January 7, 2008, Royce and Mara Williams filed claims to the Defendant real property.  The newly filed claims corrected deficiencies in the claims filed November 13, 2007, and are now in compliance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

Respectfully submitted this 11th day of February, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney
Bar Number: ASB4152 W86T
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: David B. Karn.

Respectfully submitted,

**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney