IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-694-MEF |
| | ) | |
| ONE PARCEL OF PROPERTY LOCATED AT 867 COUNTY ROAD 227, CLANTON, CHILTON COUNTY, ALABAMA, and All Appurtenances and Improvements Thereon, | ) ) ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-1104-MEF |
| | ) | |
| EIGHTEEN THOUSAND FOUR HUNDRED DOLLARS IN UNITED CURRENCY ($18,400), | ) ) ) ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of government's Motion to Strike Claims of Royce Williams and Mara Williams (Doc. #21) filed on January 4, 2008, it is hereby

ORDERED that the motion is DENIED as moot

DONE this 11th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE