**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| v. | )**CASE NO.: 2:07-cv-694-MEF** |
| | ) |
| **ONE PARCEL OF PROPERTY LOCATED** | ) |
| **AT 867 COUNTY ROAD 227, CLANTON** | ) |
| **CHILTON COUNTY, ALABAMA, and** | ) |
| **All Appurtenances and Improvements** | ) |
| **Thereon,** | ) |
| | ) |
| **DEFENDANT.** | ) |

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| v. | )**CASE NO.: 2:07-cv-1104-MEF** |
| | ) |
| **EIGHTEEN THOUSAND FOUR** | ) |
| **HUNDRED DOLLARS IN UNITED** | ) |
| **CURRENCY ($18,400),** | ) |
| | ) |
| **DEFENDANT.** | ) |

## ANSWER

Comes now Mara Lynn Williams, as claimant herein, and submits the following answer:

1. Claimant admits the allegations contained in paragraphs 1, 2, 4 and 6 of the Verified Complaint.

2. The Claimant denies each and every other allegations contained in the complaint and demands strict proof thereof.

Respectfully submitted this the 18th day of February, 2008.


/s/ David B. Karn
David B. Karn
Attorney at Law

## CERTIFICATE OF SERVICE

I hereby certify that I have this 18th day of February, 2008, mailed a copy of the foregoing document by U.S. Postal Mail, postage prepaid, to Hon. John T. Harmon.


/s/ David B. Karn
David B. Karn

ADDRESS OF COUNSEL:
Post Office Box 108
Clanton, Alabama 35046
(205) 280-0940