IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO.: 2:07-cv-694-MEF |
| | ) |
| ONE PARCEL OF PROPERTY LOCATED | ) |
| AT 867 COUNTY ROAD 227, CLANTON | ) |
| CHILTON COUNTY, ALABAMA, and | ) |
| All Appurtenances and Improvements | ) |
| Thereon, | ) |
| | ) |
| DEFENDANT. | ) |

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| v. | ) CASE NO.: 2:07-cv-1104-MEF |
| | ) |
| EIGHTEEN THOUSAND FOUR | ) |
| HUNDRED DOLLARS IN UNITED | ) |
| CURRENCY ($18,400), | ) |
| | ) |
| DEFENDANT. | ) |

## **ANSWER**

Comes now Royce Williams, as claimant herein, and submits the following answer:

1. Claimant admits the allegations contained in paragraphs 1, 2, 4 and 6 of the Verified Complaint.

2. The Claimant denies each and every other allegations contained in the complaint and demands strict proof thereof.

Respectfully submitted this the 18th day of February, 2008.

/s/ David B. Karn
David B. Karn
Attorney at Law

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 18th day of February, 2008, mailed a copy of the foregoing document by U.S. Postal Mail, postage prepaid, to Hon. John T. Harmon.

/s/ David B. Karn
David B. Karn

ADDRESS OF COUNSEL:
Post Office Box 108
Clanton, Alabama 35046
(205) 280-0940