IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
|    Plaintiff,     ) | |
| ) | |
|       v.     ) | CASE NO. 2:07cv694-MEF |
| ) | |
| ONE PARCEL OF PROPERTY     ) | |
| LOCATED AT 867 COUNTY ROAD     ) | |
| 227, CLANTON, CHILTON     ) | |
| COUNTY, ALABAMA, WITH ALL     ) | |
| APPURTENANCES AND     ) | |
| IMPROVEMENTS THEREON,     ) | |
| ) | |
|    Defendant.     ) | |

_____

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
|    Plaintiff,     ) | |
| ) | |
|       v.     ) | CASE NO. 2:07cv1104-MEF |
| ) | |
| EIGHTEEN THOUSAND FOUR     ) | |
| HUNDRED ($18,400) DOLLARS     ) | |
| IN UNITED STATES CURRENCY,     ) | |
| ) | |
|    Defendant.     ) | |

**DECLARATION OF PUBLICATION**

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 15, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct this 20th day of February, 2008.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> **/s/Tommie Brown Hardwick**
> TOMMIE BROWN HARDWICK
> Assistant United States Attorney
> Bar Number: ASB4152 W86T
> 131 Clayton Street
> Montgomery, Alabama 36104
> Phone: (334) 223-7280
> Fax: (334) 223-7135
> E-mail: tommie.hardwick@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: David B. Karn.

> Respectfully submitted,
>
> **/s/Tommie Brown Hardwick**
> TOMMIE BROWN HARDWICK
> Assistant United States Attorney

Attachment 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
COURT CASE NUMBER: 2:07CV1104-MHT; NOTICE OF FORFEITURE ACTION

Pursuant to 21 USC 881, the United States filed a verified Complaint for Forfeiture against the following property:

$18,400.00 U.S. Currency (07-DEA-487737), which was seized from Royce Williams on July 27, 2007 at 867 County Road 227, located in Clanton, AL

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (January 15, 2008) of this Notice on this official government internet web site and an Answer within 20 days thereafter. Title 18, United States Code, Section 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, One Church Street, Montgomery, AL 36104, and copies of each served upon Assistant United States Attorney John T. Harmon, 131 Clayton Street, Post Office Box 197 (36101), Montgomery, AL 36104, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between January 15, 2008 and February 13, 2008. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. $18,400 in U.S. Currency
**Court Case No:** 2:07CV1104-MHT
**For Asset ID(s):** 07-DEA-487737 $18,400.00 U.S. Currency

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 01/15/2008 | 23.6 | Verified |
| 2 | 01/16/2008 | 23.6 | Verified |
| 3 | 01/17/2008 | 23.5 | Verified |
| 4 | 01/18/2008 | 23.6 | Verified |
| 5 | 01/19/2008 | 23.5 | Verified |
| 6 | 01/20/2008 | 23.7 | Verified |
| 7 | 01/21/2008 | 23.7 | Verified |
| 8 | 01/22/2008 | 23.6 | Verified |
| 9 | 01/23/2008 | 23.6 | Verified |
| 10 | 01/24/2008 | 23.3 | Verified |
| 11 | 01/25/2008 | 23.4 | Verified |
| 12 | 01/26/2008 | 22.5 | Verified |
| 13 | 01/27/2008 | 23.6 | Verified |
| 14 | 01/28/2008 | 23.6 | Verified |
| 15 | 01/29/2008 | 23.5 | Verified |
| 16 | 01/30/2008 | 23.5 | Verified |
| 17 | 01/31/2008 | 23.6 | Verified |
| 18 | 02/01/2008 | 23.5 | Verified |
| 19 | 02/02/2008 | 23.7 | Verified |
| 20 | 02/03/2008 | 23.3 | Verified |
| 21 | 02/04/2008 | 23.6 | Verified |
| 22 | 02/05/2008 | 23.4 | Verified |
| 23 | 02/06/2008 | 23.6 | Verified |
| 24 | 02/07/2008 | 23.6 | Verified |
| 25 | 02/08/2008 | 23.6 | Verified |
| 26 | 02/09/2008 | 23.2 | Verified |
| 27 | 02/10/2008 | 23.4 | Verified |
| 28 | 02/11/2008 | 23.6 | Verified |
| 29 | 02/12/2008 | 23.5 | Verified |
| 30 | 02/13/2008 | 23.3 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed. For more information, please contact Tommie Brown Hardwick in the Middle District of Alabama at (334) 223-7280.