| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*   B. Date of Delivery<br>Gary Edwards<br>C. Signature<br>X *Gary Edwards*   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Montgomery Advertiser<br>P.O. Box 1000<br>Montgomery, AL 36101-1000<br>Attn: Legal Ads | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>2008 JAN 15 P 12: 27<br>JAN 1 4 2008<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>7001 1140 0001 8579 7186 | 18,400 |
| PS Form 3811, July 1999   Domestic Return Receipt | 102595-00-M-0952 |

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER: 2:07CV1104-MHT |
| DEFENDANT: EIGHTEEN THOUSAND FOUR HUNDRED ($18,400) DOLLARS IN U.S. CURRENCY | TYPE OF PROCESS: NOTICE OF ARREST AND SEIZURE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: MONTGOMERY ADVERTISER
ADDRESS: POST OFFICE BOX 1000 - MONTGOMERY, ALABAMA 36101-1000

RETURNED AND FILED

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.:

CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

ASSET IDENTIFICATION NO. 07-DEA-487737     PUBLISH ONCE WEEKLY FOR THREE CONSECUTIVE WEEKS

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 12/19/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt... | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk: K. Chavers | Date: 1/4/08 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks"...

☐ I hereby certify and return that I am unable to locate...

Date of Service: 3/3/08   Time: 3:00 pm
Signature of U.S. Marshal or Deputy: K. Chavers

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | | |

REMARKS: 1/9/08 C.M. # 7001 1140 0001 8579 7186
1/15/08 received green card signed "Gary Edwards"
published 1/15, 1/22, 1/29/08
3/3/08 Paid invoice

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

# ADVERTISING ORDER

| ORDER NUMBER | 07-DEA-487737 |
|---|---|
| DATE | 01/09/2008 |

NT OR ESTABLISHMENT, BUREAU OR OFFICE
Department of Justice, U. S. Marshals Service

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts.

It is to be set solid, without paragraphing, and without and display in the heading unless otherwise expressly authorized in the specifications.

**NAME OF THE PUBLICATION ADVERTISED IN**
Notice of Arrest and Seizure

**SUBJECT OF ADVERTISEMENT**
Notice of Arrest and Seizure

**NUMBER OF TIMES ADVERTISEMENT APPEARED**

**EDITION OF PAPER ADVERTISEMENT APPEARED**

**DATE(s) ADVERTISEMENT APPEARED**   01/15, 01/22, 01/29/2008

**SPECIFICATIONS FOR ADVERTISEMENT**

**COPY FOR ADVERTISEMENT**

> IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION UNITED STATES OF AMERICA, PLAINTIFF, v. CIVIL ACTION NO: 2:07cv1104-MHT EIGHTEEN THOUSAND FOUR HUNDRED ($18,400) DOLLARS IN UNITED STATES CURRENCY, DEFENDANT.
> NOTICE OF ARREST AND SEIZURE
> Notice is hereby given that the United States of America has filed a Complaint for Forfeiture In Rem and the Court has issued a Warrant of Arrest In Rem for the forfeiture of the Defendant currency, which was seized from Royce Williams on July 27, 2007, in Chilton County, Alabama.
> Any person claiming an interest in the Defendant currency must file a claim asserting that interest, in the manner set forth in 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5), such claim must be filed not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the Complaint or as otherwise specified by Supplemental Rule G(5). In addition, any person having filed such a claim shall also file an Answer to the Complaint not later than 20 days after the filing of the claim, and shall serve and file the Claim and Answer to the Verified Complaint with the Office of the Clerk, United States District Court for the Middle District of Alabama, One Church Street, Montgomery, Alabama 36104, with a copy thereof sent to: John T. Harmon, Assistant United States Attorney, Office of the United States Attorney, Middle District of Alabama, 131 Clayton Street, Post Office Box 197, Montgomery, Alabama 36101-0197, Telephone: (334) 223-7280.
> Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619, and 21 §§ 1316.71-1316.81.
> All persons and entities who have an interest in the Defendant currency may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.
> Please check www.forfeiture.gov for a listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.
> JESSE SEROYER, JR.
> UNITED STATES MARSHAL
> MIDDLE DISTRICT

**AUTHORITY TO ADVERTISE**
NUMBER
DATE
SIGNATURE OF AUTHORIZING OFFICIAL
[signature]

**INSTRUMENT OF ASSIGNMENT**
NUMBER
DATE
TITLE  U.S. Marshal

Extreme care should be exercised to insure that the specifications be set other than solid be definite, clear, and specific... made for paragraphing or display or leaded or prominent... specifically ordered, or for additional space required... that specified. Specifications for advertising other than copy submitted to the publisher will be attached to the...

The following is a sample of solid line advertisement; the usual Government requirements.

DEPARTMENT OF HIGHWAYS & D.C. Bids are requested for first spring cement concrete repair contract, including incidental work, Washington, D.C. In C-5576-H, consisting of 11,000 sq. yds BB sidewalk repair and 2,000 cu. yds A pavement, alley, & driveway repair repairs only. Bidding material available Procurement Officer, D.C. Sealed bids opened in the Procurement Office at November 15, 1965.

**ONS TO PUBLISHERS**

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher.

Submit the voucher and a copy of the printed advertisement to:

> U. S. Marshals Service
> One Church Street, Suite A-100
> Montgomery, AL  36104

**IMPORTANT**
Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.

[signature: Betty Dennis]
MY COMMISSION EXPIRES 11/06/2010