IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
      Plaintiff,                )
                                )
v.                              )    CASE NO. 2:07-cv-694-MEF
                                )
ONE PARCEL OF PROPERTY LOCATED  )
AT 867 COUNTY ROAD 227, CLANTON,)
CHILTON COUNTY, ALABAMA, and    )
All Appurtenances and Improvements )
Thereon,                        )
                                )
      Defendant.                )
_____

UNITED STATES OF AMERICA,       )
                                )
      Plaintiff,                )
                                )
v.                              )    CASE NO. 2:07-cv-1104-MEF
                                )
EIGHTEEN THOUSAND FOUR          )
HUNDRED DOLLARS IN UNITED       )
CURRENCY ($18,400),             )
                                )
      Defendant.                )

# O R D E R

     The Court finds that good cause appears for the stay requested by the United States

pursuant to Title 18, United States Code, Section 981(g).  The instant civil forfeiture

proceeding is STAYED pending the resolution of the related criminal investigation and any

criminal prosecution of Claimants Royce Williams and Mara Williams.  It is further

ORDERED that all deadlines and hearings are CONTINUED GENERALLY.

     DONE this the 15th day of July, 2008.

                                   /s/ Mark E. Fuller
                        CHIEF UNITED STATES DISTRICT JUDGE